IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CARLOS TREVINO, § | |
| Petitioner § | |
| § | |
| V. § | Case No. SA-01-CA-306-XR |
| § | |
| WILLIAM STEPHENS, § | |
| Director, Texas Department of § | |
| Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CARLOS TREVINO, the Petitioner in the above styled and numbered cause, and hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and final Judgment of June 11, 2015 denying the Petitioner's Application for Writ of Habeas Corpus. Mr. Trevino continues to proceed in forma pauperis pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

**LAW OFFICE OF WARREN ALAN WOLF**
115 E. Travis Street, Suite 746
San Antonio, Texas 78205
Tel.: (210) 225-0055
Fax: (210) 225-0061


/s/Warren Alan Wolf_____
**WARREN ALAN WOLF**
State Bar No. 21853500

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CARLOS TREVINO,** | § | |
| Petitioner | § | |
| | § | |
| V. | § | Case No. SA-01-CA-306-XR |
| | § | |
| **WILLIAM STEPHENS,** | § | |
| **Director, Texas Department of** | § | |
| **Criminal Justice, Correctional** | § | |
| **Institutions Division,** | § | |
| Respondent. | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June 2015, I electronically filed the foregoing with the Clerk of Court using the CM|ECF system which will send notification of such filing to Fredericka Sargent, Assistant Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711, and I certify that there are no non-CM|ECF participants.


/s/Warren Alan Wolf_____
**WARREN ALAN WOLF**

Attorney for Petitioner

2