UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 24 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| CARLOS TREVINO,<br><br>Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | §§§§§§§§§§§ CIVIL NO. SA-01-CA-306-XR<br><br>* DEATH PENALTY CASE * |

## ORDER

Before the Court is Respondent's Unopposed Motion to Substitute Counsel (ECF No. 160). Respondent's motion is **GRANTED**, and Assistant Attorney General Fredericka Sargent is **WITHDRAWN** and Assistant Attorney General Matthew Ottoway is **SUBSTITUTED** as Counsel of Record for Respondent.

It is so **ORDERED**.

SIGNED this the 24th day of September, 2018.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE